

E-FILED
Thursday, 08 November, 2007 01:25:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE Central DISTRICT OF Illinois

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. [03-10042]-001

vs.

[ Kensey F. Ross ],

        Defendant.

---

MOTION FOR APPOINTMENT OF COUNSEL
PURSUANT TO 18 U.S.C. § 3006(A)

---

COMES NOW [ Kensey F. Ross ], in the above entitled case and, moves this Court for an order granting him appointment of counsel pursuant to 18 U.S.C. § 3006(A) of the Criminal Justice Act. The defendant is presently incarcerated at [ OXFORD, WISCONSIN - Federal Institution ] pursuant to said judgment and sentence. [ K. Ross ] was represented by [ Robert Alvarado ] during his sentencing phase. [ K. Ross ] is finanically unable to employ counsel for this proceeding.

[ K. Ross ] moves the Court pursuant to 18 U.S.C. § 3582(c)(2) and 28 U.S.C. § 994-95 for a reduction of his term of imprisonment thereof of [ 103 ] months and to reduce the commitment herein accordingly.

[ K. Ross ] declare under 16 U.S.C. § 1621, & 28 U.S.C. § 1746 that the information herein is true and correct. See Inmate Finanical Statement enclosed.

    Dated: NOV 6, 2007.        [ Kensey F. Ross ],

                                              [ /s/ Kensey Ross ]

## Deposits

| | |
|---|---|
| **Inmate Reg #:** | 12969026 |
| **Inmate Name:** | ROSS, KENSEY |
| **Report Date:** | 11/05/2007 |
| **Report Time:** | 9:41:30 AM |
| **Current Institution:** | Oxford FCI |
| **Housing Unit:** | OXF-D-A |
| **Living Quarters:** | D04-005U |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 11/4/2007 9:08:00 PM | Western Union | $50.00 | 33302608 | | $92.26 |
| 11/4/2007 10:34:26 AM | Phone Withdrawal | ($2.00) | TFN1104 | | $42.26 |
| 11/4/2007 8:49:19 AM | Phone Withdrawal | ($1.00) | TFN1104 | | $44.26 |
| 11/3/2007 2:22:57 PM | Phone Withdrawal | ($1.00) | TFN1103 | | $45.26 |
| 11/3/2007 2:12:13 PM | Western Union | $35.00 | 33302508 | | $46.26 |
| 11/2/2007 9:29:21 PM | Phone Withdrawal | ($1.00) | TFN1102 | | $11.26 |
| 10/31/2007 5:56:41 PM | Sales | ($17.90) | 64 | | $12.26 |
| 10/30/2007 1:34:04 PM | Phone Withdrawal | ($2.00) | TFN1030 | | $30.16 |
| 10/27/2007 9:03:11 PM | Phone Withdrawal | ($2.00) | TFN1027 | | $32.16 |
| 10/27/2007 10:42:24 AM | Phone Withdrawal | ($2.00) | TFN1027 | | $34.16 |
| 10/24/2007 6:16:09 PM | Phone Withdrawal | ($2.00) | TFN1024 | | $36.16 |
| 10/20/2007 1:46:00 PM | Phone Withdrawal | ($1.00) | TFN1020 | | $38.16 |
| 10/16/2007 6:21:50 PM | Sales | ($21.80) | 107 | | $39.16 |
| 10/16/2007 11:40:32 AM | Phone Withdrawal | ($1.00) | TFN1016 | | $60.96 |
| 10/15/2007 8:10:37 PM | Western Union | $50.00 | 33301108 | | $61.96 |
| 10/15/2007 5:02:12 PM | Phone Withdrawal | ($1.00) | TFN1015 | | $11.96 |
| 10/14/2007 2:41:22 PM | Phone Withdrawal | ($2.00) | TFN1014 | | $12.96 |
| 10/13/2007 7:29:34 AM | Phone Withdrawal | ($1.00) | TFN1013 | | $14.96 |
| 10/12/2007 8:15:44 PM | Phone Withdrawal | ($1.00) | TFN1012 | | $15.96 |
| 10/11/2007 5:31:19 PM | Sales | ($68.83) | 38 | | $16.96 |
| 10/10/2007 12:09:57 PM | Western Union | $30.00 | 33300808 | | $85.79 |
| 10/10/2007 11:56:03 AM | Sales | ($2.00) | 78 | | $55.79 |
| 10/10/2007 10:05:51 AM | Phone Withdrawal | ($1.00) | TFN1010 | | $57.79 |
| 10/10/2007 7:13:08 AM | Payroll - IPP | $34.00 | HIPP0907 | | $58.79 |
| 10/9/2007 8:11:10 PM | Phone Withdrawal | ($1.00) | TFN1009 | | $24.79 |
| 10/9/2007 12:30:16 PM | Phone Withdrawal | ($1.00) | TFN1009 | | $25.79 |
| 10/7/2007 8:25:53 PM | Phone Withdrawal | ($2.00) | TFN1007 | | $26.79 |
| 10/6/2007 4:31:17 PM | Phone Withdrawal | ($2.00) | TFN1006 | | $28.79 |
| 10/6/2007 3:14:49 PM | Phone Withdrawal | ($1.00) | TFN1006 | | $30.79 |
| 10/5/2007 11:11:02 AM | Phone Withdrawal | ($1.00) | TFN1005 | | $31.79 |
| 10/4/2007 10:41:41 AM | Phone Withdrawal | ($2.00) | TFN1004 | | $32.79 |
| 10/3/2007 11:55:59 AM | Phone Withdrawal | ($1.00) | TFN1003 | | $34.79 |
| 10/2/2007 11:30:18 AM | Phone Withdrawal | ($1.00) | TFN1002 | | $35.79 |
| 10/1/2007 5:29:29 PM | Sales | ($2.60) | 113 | | $36.79 |
| 10/1/2007 5:27:14 PM | Sales | ($63.21) | 111 | | $39.39 |
| 10/1/2007 11:38:10 AM | Sales | ($3.00) | 52 | | $102.60 |
| 9/29/2007 1:06:11 PM | Western Union | $50.00 | 33326007 | | $105.60 |
| 9/25/2007 6:46:44 PM | Phone Withdrawal | ($5.00) | TFN0925 | | $55.60 |
| 9/24/2007 8:52:31 PM | Phone Withdrawal | ($2.00) | TFN0924 | | $60.60 |
| 9/24/2007 7:08:23 PM | Western Union | $50.00 | 33325607 | | $62.60 |
| 9/24/2007 4:30:42 PM | Phone Withdrawal | ($1.00) | TFN0924 | | $12.60 |
| 9/23/2007 9:27:19 PM | Phone Withdrawal | ($2.00) | TFN0923 | | $13.60 |
| 9/23/2007 11:18:58 AM | Phone Withdrawal | ($2.00) | TFN0923 | | $15.60 |
| 9/22/2007 3:05:33 PM | Phone Withdrawal | ($2.00) | TFN0922 | | $17.60 |
| 9/22/2007 11:26:39 AM | Phone Withdrawal | ($1.00) | TFN0922 | | $19.60 |
| 9/20/2007 7:40:44 AM | Phone Withdrawal | ($2.00) | TFN0920 | | $20.60 |
| 9/19/2007 6:53:30 AM | Phone Withdrawal | ($1.00) | TFN0919 | | $22.60 |
| 9/18/2007 7:28:24 PM | Phone Withdrawal | ($1.00) | TFN0918 | | $23.60 |
| 9/18/2007 9:46:33 AM | Phone Withdrawal | ($2.00) | TFN0918 | | $24.60 |
| 9/16/2007 4:13:24 PM | Phone Withdrawal | ($1.00) | TFN0916 | | $26.60 |

1 2 3 4



## All Transactions

| Inmate Reg #: | 12969026 | Current Institution: | Oxford FCI |
| --- | --- | --- | --- |
| Inmate Name: | ROSS, KENSEY | Housing Unit: | OXF-D-A |
| Report Date: | 11/05/2007 | Living Quarters: | D04-005U |
| Report Time: | 9:41:46 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- |
| 9/14/2007 8:09:51 PM | Phone Withdrawal | ($3.00) | TFN0914 | | $27.60 |
| 9/13/2007 11:25:02 AM | Phone Withdrawal | ($1.00) | TFN0913 | | $30.60 |
| 9/12/2007 7:28:43 PM | Sales | ($91.65) | 214 | | $31.60 |
| 9/11/2007 4:47:19 PM | Phone Withdrawal | ($2.00) | TFN0911 | | $123.25 |
| 9/10/2007 4:31:03 PM | Phone Withdrawal | ($1.00) | TFN0910 | | $125.25 |
| 9/10/2007 4:09:37 PM | Western Union | $50.00 | 33324607 | | $126.25 |
| 9/10/2007 11:04:06 AM | Phone Withdrawal | ($2.00) | TFN0910 | | $76.25 |
| 9/10/2007 6:10:26 AM | Payroll - IPP | $40.00 | GIPP0807 | | $78.25 |
| 9/8/2007 1:03:43 PM | Phone Withdrawal | ($1.00) | TFN0908 | | $38.25 |
| 9/6/2007 4:54:48 PM | Phone Withdrawal | ($1.00) | TFN0906 | | $39.25 |
| 8/31/2007 4:24:19 PM | Phone Withdrawal | ($1.00) | TFN0831 | | $40.25 |
| 8/31/2007 11:13:54 AM | Phone Withdrawal | ($1.00) | TFN0831 | | $41.25 |
| 8/30/2007 10:04:35 AM | Western Union | $40.00 | 33323907 | | $42.25 |
| 8/30/2007 8:50:16 AM | Phone Withdrawal | ($2.00) | TFN0830 | | $2.25 |
| 8/29/2007 11:04:25 AM | Phone Withdrawal | ($1.00) | TFN0829 | | $4.25 |
| 8/28/2007 5:39:18 PM | Sales | ($20.10) | 88 | | $5.25 |
| 8/27/2007 4:27:26 PM | Phone Withdrawal | ($1.00) | TFN0827 | | $25.35 |
| 8/25/2007 3:41:11 PM | Phone Withdrawal | ($2.00) | TFN0825 | | $26.35 |
| 8/22/2007 6:17:22 PM | Sales | ($19.15) | 92 | | $28.35 |
| 8/20/2007 10:37:43 AM | Phone Withdrawal | ($1.00) | TFN0820 | | $47.50 |
| 8/19/2007 3:39:38 PM | Phone Withdrawal | ($1.00) | TFN0819 | | $48.50 |
| 8/17/2007 10:46:14 AM | Phone Withdrawal | ($1.00) | TFN0817 | | $49.50 |
| 8/16/2007 7:42:36 PM | Phone Withdrawal | ($1.00) | TFN0816 | | $50.50 |
| 8/16/2007 6:06:51 PM | Western Union | $50.00 | 33322907 | | $51.50 |
| 8/16/2007 10:42:50 AM | Phone Withdrawal | ($1.00) | TFN0816 | | $1.50 |
| 8/15/2007 3:37:08 PM | Phone Withdrawal | ($1.00) | TFN0815 | | $2.50 |
| 8/15/2007 10:38:51 AM | Phone Withdrawal | ($1.00) | TFN0815 | | $3.50 |
| 8/14/2007 3:34:26 PM | Phone Withdrawal | ($1.00) | TFN0814 | | $4.50 |
| 8/13/2007 7:42:43 PM | Phone Withdrawal | ($2.00) | TFN0813 | | $5.50 |
| 8/13/2007 7:31:14 PM | Sales | ($24.89) | 231 | | $7.50 |
| 8/13/2007 10:48:43 AM | Phone Withdrawal | ($1.00) | TFN0813 | | $32.39 |
| 8/12/2007 5:02:01 PM | Phone Withdrawal | ($1.00) | TFN0812 | | $33.39 |
| 8/11/2007 4:39:26 PM | Phone Withdrawal | ($2.00) | TFN0811 | | $34.39 |
| 8/10/2007 9:40:20 PM | Phone Withdrawal | ($3.00) | TFN0810 | | $36.39 |
| 8/10/2007 7:16:03 AM | Payroll - IPP | $5.25 | GIPP0707 | | $39.39 |
| 8/9/2007 11:33:03 AM | Sales | ($50.05) | 40 | | $34.14 |
| 8/9/2007 10:45:12 AM | Phone Withdrawal | ($2.00) | TFN0809 | | $84.19 |
| 8/9/2007 10:12:35 AM | Western Union | $50.00 | 33322307 | | $86.19 |
| 8/9/2007 7:12:02 AM | Phone Withdrawal | ($2.00) | TFN0809 | | $36.19 |
| 8/8/2007 7:39:41 PM | Phone Withdrawal | ($2.00) | TFN0808 | | $38.19 |
| 8/8/2007 5:24:24 PM | Sales | ($1.50) | 32 | | $40.19 |
| 8/8/2007 5:21:51 PM | Sales | ($2.00) | 94 | | $41.69 |
| 8/7/2007 4:20:39 PM | Phone Withdrawal | ($2.00) | TFN0807 | | $43.69 |
| 8/4/2007 6:10:57 PM | Western Union | $40.00 | 33322007 | | $45.69 |
| 8/4/2007 12:32:07 PM | Phone Withdrawal | ($4.00) | TFN0804 | | $5.69 |
| 8/4/2007 11:42:20 AM | Phone Withdrawal | ($2.00) | TFN0804 | | $9.69 |
| 8/3/2007 4:41:50 PM | Phone Withdrawal | ($3.00) | TFN0803 | | $11.69 |
| 8/3/2007 1:35:56 PM | Phone Withdrawal | ($2.00) | TFN0803 | | $14.69 |
| 8/2/2007 7:24:35 AM | Phone Withdrawal | ($2.00) | TFN0802 | | $16.69 |
| 8/1/2007 5:33:35 PM | Sales | ($30.00) | 97 | | $18.69 |

1 2 3 4

## All Transactions

| Inmate Reg #: | 12969026 | Current Institution: | Oxford FCI |
| --- | --- | --- | --- |
| Inmate Name: | ROSS, KENSEY | Housing Unit: | OXF-D-A |
| Report Date: | 11/05/2007 | Living Quarters: | D04-005U |
| Report Time: | 9:41:55 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- |
| 8/1/2007 10:50:04 AM | Phone Withdrawal | ($1.00) | TFN0801 | | $48.69 |
| 7/31/2007 10:44:58 AM | Phone Withdrawal | ($1.00) | TFN0731 | | $49.69 |
| 7/28/2007 6:17:47 PM | Phone Withdrawal | ($1.00) | TFN0728 | | $50.69 |
| 7/28/2007 10:37:12 AM | Phone Withdrawal | ($1.00) | TFN0728 | | $51.69 |
| 7/27/2007 9:43:50 AM | Phone Withdrawal | ($1.00) | TFN0727 | | $52.69 |
| 7/26/2007 11:32:59 AM | Phone Withdrawal | ($2.00) | TFN0726 | | $53.69 |
| 7/26/2007 8:06:22 AM | Phone Withdrawal | ($3.00) | TFN0726 | | $55.69 |
| 7/25/2007 4:43:39 PM | Phone Withdrawal | ($1.00) | TFN0725 | | $58.69 |
| 7/25/2007 4:06:35 PM | Western Union | $50.00 | 33321307 | | $59.69 |
| 7/25/2007 11:02:25 AM | Phone Withdrawal | ($1.00) | TFN0725 | | $9.69 |
| 7/23/2007 9:37:48 PM | Phone Withdrawal | ($1.00) | TFN0723 | | $10.69 |
| 7/23/2007 6:01:14 PM | Sales | ($34.18) | 109 | | $11.69 |
| 7/23/2007 10:47:49 AM | Phone Withdrawal | ($1.00) | TFN0723 | | $45.87 |
| 7/22/2007 8:40:38 PM | Phone Withdrawal | ($1.00) | TFN0722 | | $46.87 |
| 7/21/2007 2:06:51 PM | Phone Withdrawal | ($1.00) | TFN0721 | | $47.87 |
| 7/20/2007 10:24:59 PM | Phone Withdrawal | ($2.00) | TFN0720 | | $48.87 |
| 7/19/2007 8:40:05 PM | Phone Withdrawal | ($1.00) | TFN0719 | | $50.87 |
| 7/19/2007 12:16:53 PM | Western Union | $50.00 | 33320907 | | $51.87 |
| 7/19/2007 11:04:11 AM | Phone Withdrawal | ($1.00) | TFN0719 | | $1.87 |
| 7/18/2007 6:11:44 AM | Phone Withdrawal | ($1.00) | TFN0718 | | $2.87 |
| 7/17/2007 4:23:06 PM | Phone Withdrawal | ($1.00) | TFN0717 | | $3.87 |
| 7/17/2007 8:17:10 AM | Phone Withdrawal | ($1.00) | TFN0717 | | $4.87 |
| 7/16/2007 4:22:08 PM | Phone Withdrawal | ($1.00) | TFN0716 | | $5.87 |
| 7/14/2007 4:29:05 PM | Phone Withdrawal | ($1.00) | TFN0714 | | $6.87 |
| 7/14/2007 7:21:14 AM | Phone Withdrawal | ($1.00) | TFN0714 | | $7.87 |
| 7/13/2007 7:56:17 AM | Phone Withdrawal | ($2.00) | TFN0713 | | $8.87 |
| 7/12/2007 6:29:02 AM | Phone Withdrawal | ($2.00) | TFN0712 | | $10.87 |
| 7/11/2007 4:22:49 PM | Phone Withdrawal | ($1.00) | TFN0711 | | $12.87 |
| 7/11/2007 8:59:23 AM | Phone Withdrawal | ($2.00) | TFN0711 | | $13.87 |
| 7/7/2007 9:55:22 AM | Phone Withdrawal | ($5.00) | TFN0707 | | $15.87 |
| 7/7/2007 6:47:18 AM | Phone Withdrawal | ($1.00) | TFN0707 | | $20.87 |
| 7/3/2007 12:43:15 PM | Phone Withdrawal | ($2.00) | TFN0703 | | $21.87 |
| 7/2/2007 5:29:00 PM | Sales | ($65.21) | 146 | | $23.87 |
| 7/2/2007 11:23:51 AM | Sales | ($5.90) | 44 | | $89.08 |
| 7/1/2007 2:46:47 PM | Phone Withdrawal | ($2.00) | TFN0701 | | $94.98 |
| 7/1/2007 2:00:13 PM | Phone Withdrawal | ($2.00) | TFN0701 | | $96.98 |
| 6/27/2007 9:48:02 AM | Phone Withdrawal | ($1.00) | TFN0627 | | $98.98 |
| 6/23/2007 11:09:27 AM | Phone Withdrawal | ($1.00) | TFN0623 | | $99.98 |
| 6/22/2007 11:01:46 AM | Phone Withdrawal | ($5.00) | TFN0622 | | $100.98 |
| 6/22/2007 8:01:31 AM | Phone Withdrawal | ($2.00) | TFN0622 | | $105.98 |
| 6/21/2007 12:03:59 PM | Phone Withdrawal | ($2.00) | TFN0621 | | $107.98 |
| 6/21/2007 11:04:39 AM | Western Union | $100.00 | 33318907 | | $109.98 |
| 6/21/2007 8:40:10 AM | Phone Withdrawal | ($1.00) | TFN0621 | | $9.98 |
| 6/20/2007 11:46:16 AM | Phone Withdrawal | ($1.00) | TFN0620 | | $10.98 |
| 6/19/2007 6:09:13 PM | Phone Withdrawal | ($1.00) | TFN0619 | | $11.98 |
| 6/19/2007 5:32:01 PM | Sales | ($35.20) | 54 | | $12.98 |
| 6/19/2007 11:41:50 AM | Sales | ($3.35) | 67 | | $48.18 |
| 6/18/2007 9:16:42 PM | Phone Withdrawal | ($2.00) | TFN0618 | | $51.53 |
| 6/17/2007 4:19:30 PM | Phone Withdrawal | ($2.00) | TFN0617 | | $53.53 |
| 6/16/2007 6:06:45 PM | Western Union | $50.00 | 33318507 | | $55.53 |

1 2 3 4

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 12969026 |
| Inmate Name: | ROSS, KENSEY |
| Report Date: | 11/05/2007 |
| Report Time: | 9:42:03 AM |

| | |
|---|---|
| Current Institution: | Oxford FCI |
| Housing Unit: | OXF-D-A |
| Living Quarters: | D04-005U |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/16/2007 10:32:17 AM | Phone Withdrawal | ($2.00) | TFN0616 | | $5.53 |
| 6/15/2007 9:14:26 AM | Phone Withdrawal | ($3.00) | TFN0615 | | $7.53 |
| 6/15/2007 8:17:09 AM | Phone Withdrawal | ($1.00) | TFN0615 | | $10.53 |
| 6/14/2007 1:57:47 PM | Phone Withdrawal | ($2.00) | TFN0614 | | $11.53 |
| 6/14/2007 8:33:48 AM | Phone Withdrawal | ($1.00) | TFN0614 | | $13.53 |
| 6/13/2007 1:58:50 PM | Phone Withdrawal | ($3.00) | TFN0613 | | $14.53 |
| 6/13/2007 9:10:30 AM | Phone Withdrawal | ($1.00) | TFN0613 | | $17.53 |
| 6/12/2007 3:38:43 PM | Phone Withdrawal | ($2.00) | TFN0612 | | $18.53 |
| 6/12/2007 10:36:22 AM | Phone Withdrawal | ($1.00) | TFN0612 | | $20.53 |
| 6/11/2007 12:00:55 PM | Phone Withdrawal | ($1.00) | TFN0611 | | $21.53 |
| 6/11/2007 11:33:59 AM | Sales | ($78.00) | 75 | | $22.53 |
| 6/11/2007 6:04:45 AM | Western Union | $80.00 | 33318107 | | $100.53 |
| 6/10/2007 7:07:06 PM | Phone Withdrawal | ($1.00) | TFN0610 | | $20.53 |
| 6/9/2007 10:20:56 PM | Phone Withdrawal | ($2.00) | TFN0609 | | $21.53 |
| 6/8/2007 3:12:37 PM | Phone Withdrawal | ($2.00) | TFN0608 | | $23.53 |
| 6/7/2007 9:20:58 PM | Phone Withdrawal | ($2.00) | TFN0607 | | $25.53 |
| 6/7/2007 8:25:34 PM | Phone Withdrawal | ($2.00) | TFN0607 | | $27.53 |
| 6/6/2007 8:43:15 PM | Phone Withdrawal | ($1.00) | TFN0606 | | $29.53 |
| 6/6/2007 4:59:39 PM | Phone Withdrawal | ($2.00) | TFN0606 | | $30.53 |
| 6/4/2007 9:52:26 PM | Phone Withdrawal | ($2.00) | TFN0604 | | $32.53 |
| 6/4/2007 5:06:20 PM | Sales | ($17.25) | 133 | | $34.53 |
| 6/3/2007 4:15:15 PM | Phone Withdrawal | ($2.00) | TFN0603 | | $51.78 |
| 6/3/2007 10:14:14 AM | Phone Withdrawal | ($2.00) | TFN0603 | | $53.78 |
| 6/2/2007 12:56:54 PM | Phone Withdrawal | ($2.00) | TFN0602 | | $55.78 |
| 6/2/2007 9:43:56 AM | Phone Withdrawal | ($1.00) | TFN0602 | | $57.78 |
| 6/1/2007 8:33:31 PM | Phone Withdrawal | ($2.00) | TFN0601 | | $58.78 |
| 6/1/2007 11:09:55 AM | Western Union | $30.00 | 33317507 | | $60.78 |
| 5/31/2007 9:02:03 PM | Phone Withdrawal | ($3.00) | TFN0531 | | $30.78 |
| 5/31/2007 3:43:42 PM | Phone Withdrawal | ($2.00) | TFN0531 | | $33.78 |
| 5/30/2007 5:51:54 PM | Sales | ($72.55) | 132 | | $35.78 |
| 5/30/2007 4:22:48 PM | Phone Withdrawal | ($2.00) | TFN0530 | | $108.33 |
| 5/30/2007 3:55:50 PM | Phone Withdrawal | ($1.00) | TFN0530 | | $110.33 |
| 5/30/2007 11:26:08 AM | Sales | ($31.05) | 34 | | $111.33 |
| 5/30/2007 4:09:56 AM | Transfer - In from TRUFACS | $142.38 | TX053007 | | $142.38 |

1 2 3 4