E-FILED
Friday, 18 January, 2008 11:34:24 AM
Clerk, U.S. District Court, ILCD

FILED
JAN 1 8 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE    DISTRICT OF

UNITED STATES OF AMERICA,

        Plaintiff,           Case No. [03-10042-001]

vs.

[ Kensey F. Ross ],

        Defendant.

---

MOTION FOR APPOINTMENT OF COUNSEL
PURSUANT TO 18 U.S.C. § 3006(A)

---

COMES NOW [Kensey F. Ross ], in the above entitled case and, moves this Court for an order granting him appointment of counsel pursuant to 18 U.S.C. § 3006(A) of the Criminal Justice Act. The defendant is presently incarcerated at [ Federal Correctional Institution Oxford, WIS ] pursuant to said judgment and sentence. [Kensey F. Ross] was represented by [ Robert Alvarado ] during his sentencing phase. [Kensey F. Ross] is finanically unable to employ counsel for this proceeding.

[Kensey F. Ross] moves the Court pursuant to 18 U.S.C. § 3582(c)(2) and 28 U.S.C. § 994-95 for a reduction of his term of imprisonment thereof of [103] months and to reduce the commitment herein accordingly.

[Kensey F. Ross] declare under 16 U.S.C. § 1621, & 28 U.S.C. § 1746 that the information herein is true and correct. See Inmate Finanical Statement enclosed.

Dated: Jan 9, 2008.    [ Kensey F. Ross ],

                                  /s/ Kensey Ross