E-FILED
Friday, 18 January, 2008  11:37:40 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
DISTRICT

UNITED STATES OF AMERICA

(Full name of plaintiff(s))

vs

Kinsey F. Ross

(Full name of defendant(s))

Case Number: 03-10042-001
(Supplied by clerk)

FILED
JAN 1 8 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Kinsey F. Ross, plaintiff or petitioner, move the court for leave to proceed in forma pauperis in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) [✓] single  [ ] married  [ ] separated  [ ] divorced.

4. My responses to the following questions are true:
   A. Are you presently employed?
      [ ] YES    [✓] NO

      1. If so, by whom and what is your pay? _____

      2. If not, when were you last employed and what was your pay? _____

(WDWI rev. 8/91)                                1                               (IFP Petition)

B.  Have you received money from any other source in the last twelve months?
    [✓] YES              [ ] NO

    1.  If yes, describe each source and state how much you received: _____
        _See ATTACHED STATEMENT_ _____
        _____

C.  How much money do you have in private checking or savings accounts? _____

D.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (except for ordinary household furnishings and clothing)?
    [ ] YES              [✓] NO

    1.  If yes, describe the property and its approximate value: _____
        _____
        _____
        _____

E.  Do you have any debts or obligations?
    [ ] YES              [✓] NO

    1.  If yes, list the amounts owed, to whom, and any current payments that you are making.
        _____
        _____
        _____

F.  List your dependents, state your relationship to them and state how much you contribute to their support.
    _____
    _____
    _____

I declare under penalty of perjury that the foregoing is true and correct.

This __9__ day of __JAN__, ~~19~~ __2008__

_____
(Signature of plaintiff)

------------------------------------------------

### CERTIFICATE
(To be completed for prisoner only. This is a statement by the prison and not the prisoner.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ __87 $^{99}$__ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____

_____

_____

_____

This __9th__ day of __January__, ~~19~~ __2008__

_____
(authorized officer)

__FCI Oxford__
(institution)

__Counselor__
(title)

## All Transactions

 PRINT

| Inmate Reg #: | 12969026 | Current Institution: | Oxford FCI |
| --- | --- | --- | --- |
| Inmate Name: | ROSS, KENSEY | Housing Unit: | OXF-D-A |
| Report Date: | 01/09/2008 | Living Quarters: | D04-004U |
| Report Time: | 12:35:09 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- |
| 10/13/2007 7:29:34 AM | Phone Withdrawal | ($1.00) | TFN1013 | | $14.96 |
| 10/12/2007 8:15:44 PM | Phone Withdrawal | ($1.00) | TFN1012 | | $15.96 |
| 10/11/2007 5:31:19 PM | Sales | ($68.83) | 38 | | $16.96 |
| 10/10/2007 12:09:57 PM | Western Union | $30.00 | 33300808 | | $85.79 |
| 10/10/2007 11:56:03 AM | Sales | ($2.00) | 78 | | $55.79 |
| 10/10/2007 10:05:51 AM | Phone Withdrawal | ($1.00) | TFN1010 | | $57.79 |
| 10/10/2007 7:13:08 AM | Payroll - IPP | $34.00 | HIPP0907 | | $58.79 |
| 10/9/2007 8:11:10 PM | Phone Withdrawal | ($1.00) | TFN1009 | | $24.79 |
| 10/9/2007 12:30:16 PM | Phone Withdrawal | ($1.00) | TFN1009 | | $25.79 |
| 10/7/2007 8:25:53 PM | Phone Withdrawal | ($2.00) | TFN1007 | | $26.79 |
| 10/6/2007 4:31:17 PM | Phone Withdrawal | ($2.00) | TFN1006 | | $28.79 |
| 10/6/2007 3:14:49 PM | Phone Withdrawal | ($1.00) | TFN1006 | | $30.79 |
| 10/5/2007 11:11:02 AM | Phone Withdrawal | ($1.00) | TFN1005 | | $31.79 |
| 10/4/2007 10:41:41 AM | Phone Withdrawal | ($2.00) | TFN1004 | | $32.79 |
| 10/3/2007 11:55:59 AM | Phone Withdrawal | ($1.00) | TFN1003 | | $34.79 |
| 10/2/2007 11:30:18 AM | Phone Withdrawal | ($1.00) | TFN1002 | | $35.79 |
| 10/1/2007 5:29:29 PM | Sales | ($2.60) | 113 | | $36.79 |
| 10/1/2007 5:27:14 PM | Sales | ($63.21) | 111 | | $39.39 |
| 10/1/2007 11:38:10 AM | Sales | ($3.00) | 52 | | $102.60 |
| 9/29/2007 1:06:11 PM | Western Union | $50.00 | 33326007 | | $105.60 |
| 9/25/2007 6:46:44 PM | Phone Withdrawal | ($5.00) | TFN0925 | | $55.60 |
| 9/24/2007 8:52:31 PM | Phone Withdrawal | ($2.00) | TFN0924 | | $60.60 |
| 9/24/2007 7:08:23 PM | Western Union | $50.00 | 33325607 | | $62.60 |
| 9/24/2007 4:30:42 PM | Phone Withdrawal | ($1.00) | TFN0924 | | $12.60 |
| 9/23/2007 9:27:19 PM | Phone Withdrawal | ($2.00) | TFN0923 | | $13.60 |
| 9/23/2007 11:18:58 AM | Phone Withdrawal | ($2.00) | TFN0923 | | $15.60 |
| 9/22/2007 3:05:33 PM | Phone Withdrawal | ($2.00) | TFN0922 | | $17.60 |
| 9/22/2007 11:26:39 AM | Phone Withdrawal | ($1.00) | TFN0922 | | $19.60 |
| 9/20/2007 7:40:44 AM | Phone Withdrawal | ($2.00) | TFN0920 | | $20.60 |
| 9/19/2007 6:53:30 AM | Phone Withdrawal | ($1.00) | TFN0919 | | $22.60 |
| 9/18/2007 7:28:24 PM | Phone Withdrawal | ($1.00) | TFN0918 | | $23.60 |
| 9/18/2007 9:46:33 AM | Phone Withdrawal | ($2.00) | TFN0918 | | $24.60 |
| 9/16/2007 4:13:24 PM | Phone Withdrawal | ($1.00) | TFN0916 | | $26.60 |
| 9/14/2007 8:09:51 PM | Phone Withdrawal | ($3.00) | TFN0914 | | $27.60 |
| 9/13/2007 11:25:02 AM | Phone Withdrawal | ($1.00) | TFN0913 | | $30.60 |
| 9/12/2007 7:28:43 PM | Sales | ($91.65) | 214 | | $31.60 |
| 9/11/2007 4:47:19 PM | Phone Withdrawal | ($2.00) | TFN0911 | | $123.25 |
| 9/10/2007 4:31:03 PM | Phone Withdrawal | ($1.00) | TFN0910 | | $125.25 |
| 9/10/2007 4:09:37 PM | Western Union | $50.00 | 33324607 | | $126.25 |
| 9/10/2007 11:04:06 AM | Phone Withdrawal | ($2.00) | TFN0910 | | $76.25 |
| 9/10/2007 6:10:26 AM | Payroll - IPP | $40.00 | GIPP0807 | | $78.25 |
| 9/8/2007 1:03:43 PM | Phone Withdrawal | ($1.00) | TFN0908 | | $38.25 |
| 9/6/2007 4:54:48 PM | Phone Withdrawal | ($1.00) | TFN0906 | | $39.25 |
| 8/31/2007 4:24:19 PM | Phone Withdrawal | ($1.00) | TFN0831 | | $40.25 |
| 8/31/2007 11:13:54 AM | Phone Withdrawal | ($1.00) | TFN0831 | | $41.25 |
| 8/30/2007 10:04:35 AM | Western Union | $40.00 | 33323907 | | $42.25 |
| 8/30/2007 8:50:16 AM | Phone Withdrawal | ($2.00) | TFN0830 | | $2.25 |
| 8/29/2007 11:04:25 AM | Phone Withdrawal | ($1.00) | TFN0829 | | $4.25 |
| 8/28/2007 5:39:18 PM | Sales | ($20.10) | 88 | | $5.25 |
| 8/27/2007 4:27:26 PM | Phone Withdrawal | ($1.00) | TFN0827 | | $25.35 |

1 2 3 4 5




## Deposits

**Inmate Reg #:** 12969026  
**Inmate Name:** ROSS, KENSEY  
**Report Date:** 01/09/2008  
**Report Time:** 12:34:04 PM  
**Current Institution:** Oxford FCI  
**Housing Unit:** OXF-D-A  
**Living Quarters:** D04-004U  

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/6/2008 12:07:45 PM | Western Union | $50.00 | 33307108 | | $57.74 |
| 12/31/2007 12:20:25 PM | Sales | ($5.00) | 34 | | $7.74 |
| 12/19/2007 9:00:06 AM | Sales | ($5.95) | 31 | | $12.74 |
| 12/12/2007 8:28:11 AM | Sales | ($15.85) | 25 | | $18.69 |
| 12/10/2007 7:11:43 AM | Payroll - IPP | $14.40 | HIPP1107 | | $34.54 |
| 12/10/2007 7:11:10 AM | Payroll - IPP | $0.96 | HIPP1107 | | $20.14 |
| 12/5/2007 10:09:59 AM | Sales | ($9.90) | 26 | | $19.18 |
| 12/4/2007 6:15:29 PM | Phone Withdrawal | ($1.00) | TFN1204 | | $29.08 |
| 11/28/2007 8:40:51 AM | Sales | ($8.80) | 35 | | $30.08 |
| 11/24/2007 11:58:27 AM | Phone Withdrawal | ($2.00) | TFN1124 | | $38.88 |
| 11/23/2007 2:19:52 PM | Phone Withdrawal | ($1.00) | TFN1123 | | $40.88 |
| 11/22/2007 8:38:20 PM | Phone Withdrawal | ($1.00) | TFN1122 | | $41.88 |
| 11/22/2007 8:44:27 AM | Phone Withdrawal | ($1.00) | TFN1122 | | $42.88 |
| 11/21/2007 6:24:45 PM | Sales | ($18.55) | 136 | | $43.88 |
| 11/19/2007 6:05:51 PM | Phone Withdrawal | ($1.00) | TFN1119 | | $62.43 |
| 11/18/2007 12:50:05 PM | Phone Withdrawal | ($2.00) | TFN1118 | | $63.43 |
| 11/17/2007 8:19:47 PM | Phone Withdrawal | ($3.00) | TFN1117 | | $65.43 |
| 11/14/2007 6:35:35 PM | Phone Withdrawal | ($2.00) | TFN1114 | | $68.43 |
| 11/14/2007 8:07:17 AM | Phone Withdrawal | ($1.00) | TFN1114 | | $70.43 |
| 11/13/2007 7:15:43 PM | Sales | ($80.90) | 236 | | $71.43 |
| 11/13/2007 11:33:49 AM | Sales | ($18.10) | 57 | | $152.33 |
| 11/12/2007 12:46:59 PM | Phone Withdrawal | ($1.00) | TFN1112 | | $170.43 |
| 11/10/2007 9:16:53 PM | Phone Withdrawal | ($2.00) | TFN1110 | | $171.43 |
| 11/10/2007 10:51:34 AM | Phone Withdrawal | ($2.00) | TFN1110 | | $173.43 |
| 11/9/2007 7:56:51 PM | Phone Withdrawal | ($2.00) | TFN1109 | | $175.43 |
| 11/9/2007 7:22:33 AM | Payroll - IPP | $9.52 | HIPP1007 | | $177.43 |
| 11/9/2007 7:22:25 AM | Payroll - IPP | $2.40 | HIPP1007 | | $167.91 |
| 11/7/2007 8:24:51 PM | Phone Withdrawal | ($2.00) | TFN1107 | | $165.51 |
| 11/7/2007 10:52:39 AM | Phone Withdrawal | ($1.00) | TFN1107 | | $167.51 |
| 11/6/2007 7:11:11 PM | Western Union | $100.00 | 33302708 | | $168.51 |
| 11/6/2007 5:30:56 PM | Sales | ($71.75) | 68 | | $68.51 |
| 11/6/2007 4:08:57 PM | Western Union | $50.00 | 33302708 | | $140.26 |
| 11/5/2007 4:34:05 PM | Phone Withdrawal | ($2.00) | TFN1105 | | $90.26 |
| 11/4/2007 9:08:00 PM | Western Union | $50.00 | 33302608 | | $92.26 |
| 11/4/2007 10:34:26 AM | Phone Withdrawal | ($2.00) | TFN1104 | | $42.26 |
| 11/4/2007 8:49:19 AM | Phone Withdrawal | ($1.00) | TFN1104 | | $44.26 |
| 11/3/2007 2:22:57 PM | Phone Withdrawal | ($1.00) | TFN1103 | | $45.26 |
| 11/3/2007 2:12:13 PM | Western Union | $35.00 | 33302508 | | $46.26 |
| 11/2/2007 9:29:21 PM | Phone Withdrawal | ($1.00) | TFN1102 | | $11.26 |
| 10/31/2007 5:56:41 PM | Sales | ($17.90) | 64 | | $12.26 |
| 10/30/2007 1:34:04 PM | Phone Withdrawal | ($2.00) | TFN1030 | | $30.16 |
| 10/27/2007 9:03:11 PM | Phone Withdrawal | ($2.00) | TFN1027 | | $32.16 |
| 10/27/2007 10:42:24 AM | Phone Withdrawal | ($2.00) | TFN1027 | | $34.16 |
| 10/24/2007 6:16:09 PM | Phone Withdrawal | ($2.00) | TFN1024 | | $36.16 |
| 10/20/2007 1:46:00 PM | Phone Withdrawal | ($1.00) | TFN1020 | | $38.16 |
| 10/16/2007 6:21:50 PM | Sales | ($21.80) | 107 | | $39.16 |
| 10/16/2007 11:40:32 AM | Phone Withdrawal | ($1.00) | TFN1016 | | $60.96 |
| 10/15/2007 8:10:37 PM | Western Union | $50.00 | 33301108 | | $61.96 |
| 10/15/2007 5:02:12 PM | Phone Withdrawal | ($1.00) | TFN1015 | | $11.96 |
| 10/14/2007 2:41:22 PM | Phone Withdrawal | ($2.00) | TFN1014 | | $12.96 |

1 2 3 4 5

# All Transactions 

| Inmate Reg #: | 12969026 | Current Institution: | Oxford FCI |
| Inmate Name: | ROSS, KENSEY | Housing Unit: | OXF-D-A |
| Report Date: | 01/09/2008 | Living Quarters: | D04-004U |
| Report Time: | 12:35:44 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/25/2007 3:41:11 PM | Phone Withdrawal | ($2.00) | TFN0825 | | $26.35 |
| 8/22/2007 6:17:22 PM | Sales | ($19.15) | 92 | | $28.35 |
| 8/20/2007 10:37:43 AM | Phone Withdrawal | ($1.00) | TFN0820 | | $47.50 |
| 8/19/2007 3:39:38 PM | Phone Withdrawal | ($1.00) | TFN0819 | | $48.50 |
| 8/17/2007 10:46:14 AM | Phone Withdrawal | ($1.00) | TFN0817 | | $49.50 |
| 8/16/2007 7:42:36 PM | Phone Withdrawal | ($1.00) | TFN0816 | | $50.50 |
| 8/16/2007 6:06:51 PM | Western Union | $50.00 | 33322907 | | $51.50 |
| 8/16/2007 10:42:50 AM | Phone Withdrawal | ($1.00) | TFN0816 | | $1.50 |
| 8/15/2007 3:37:08 PM | Phone Withdrawal | ($1.00) | TFN0815 | | $2.50 |
| 8/15/2007 10:38:51 AM | Phone Withdrawal | ($1.00) | TFN0815 | | $3.50 |
| 8/14/2007 3:34:26 PM | Phone Withdrawal | ($1.00) | TFN0814 | | $4.50 |
| 8/13/2007 7:42:43 PM | Phone Withdrawal | ($2.00) | TFN0813 | | $5.50 |
| 8/13/2007 7:31:14 PM | Sales | ($24.89) | 231 | | $7.50 |
| 8/13/2007 10:48:43 AM | Phone Withdrawal | ($1.00) | TFN0813 | | $32.39 |
| 8/12/2007 5:02:01 PM | Phone Withdrawal | ($1.00) | TFN0812 | | $33.39 |
| 8/11/2007 4:39:26 PM | Phone Withdrawal | ($2.00) | TFN0811 | | $34.39 |
| 8/10/2007 9:40:20 PM | Phone Withdrawal | ($3.00) | TFN0810 | | $36.39 |
| 8/10/2007 7:16:03 AM | Payroll - IPP | $5.25 | GIPP0707 | | $39.39 |
| 8/9/2007 11:33:03 AM | Sales | ($50.05) | 40 | | $34.14 |
| 8/9/2007 10:45:12 AM | Phone Withdrawal | ($2.00) | TFN0809 | | $84.19 |
| 8/9/2007 10:12:35 AM | Western Union | $50.00 | 33322307 | | $86.19 |
| 8/9/2007 7:12:02 AM | Phone Withdrawal | ($2.00) | TFN0809 | | $36.19 |
| 8/8/2007 7:39:41 PM | Phone Withdrawal | ($2.00) | TFN0808 | | $38.19 |
| 8/8/2007 5:24:24 PM | Sales | ($1.50) | 32 | | $40.19 |
| 8/8/2007 5:21:51 PM | Sales | ($2.00) | 94 | | $41.69 |
| 8/7/2007 4:20:39 PM | Phone Withdrawal | ($2.00) | TFN0807 | | $43.69 |
| 8/4/2007 6:10:57 PM | Western Union | $40.00 | 33322007 | | $45.69 |
| 8/4/2007 12:32:07 PM | Phone Withdrawal | ($4.00) | TFN0804 | | $5.69 |
| 8/4/2007 11:42:20 AM | Phone Withdrawal | ($2.00) | TFN0804 | | $9.69 |
| 8/3/2007 4:41:50 PM | Phone Withdrawal | ($3.00) | TFN0803 | | $11.69 |
| 8/3/2007 1:35:56 PM | Phone Withdrawal | ($2.00) | TFN0803 | | $14.69 |
| 8/2/2007 7:24:35 AM | Phone Withdrawal | ($2.00) | TFN0802 | | $16.69 |
| 8/1/2007 5:33:35 PM | Sales | ($30.00) | 97 | | $18.69 |
| 8/1/2007 10:50:04 AM | Phone Withdrawal | ($1.00) | TFN0801 | | $48.69 |
| 7/31/2007 10:44:58 AM | Phone Withdrawal | ($1.00) | TFN0731 | | $49.69 |
| 7/28/2007 6:17:47 PM | Phone Withdrawal | ($1.00) | TFN0728 | | $50.69 |
| 7/28/2007 10:37:12 AM | Phone Withdrawal | ($1.00) | TFN0728 | | $51.69 |
| 7/27/2007 9:43:50 AM | Phone Withdrawal | ($1.00) | TFN0727 | | $52.69 |
| 7/26/2007 11:32:59 AM | Phone Withdrawal | ($2.00) | TFN0726 | | $53.69 |
| 7/26/2007 8:06:22 AM | Phone Withdrawal | ($3.00) | TFN0726 | | $55.69 |
| 7/25/2007 4:43:39 PM | Phone Withdrawal | ($1.00) | TFN0725 | | $58.69 |
| 7/25/2007 4:06:35 PM | Western Union | $50.00 | 33321307 | | $59.69 |
| 7/25/2007 11:02:25 AM | Phone Withdrawal | ($1.00) | TFN0725 | | $9.69 |
| 7/23/2007 9:37:48 PM | Phone Withdrawal | ($1.00) | TFN0723 | | $10.69 |
| 7/23/2007 6:01:14 PM | Sales | ($34.18) | 109 | | $11.69 |
| 7/23/2007 10:47:49 AM | Phone Withdrawal | ($1.00) | TFN0723 | | $45.87 |
| 7/22/2007 8:40:38 PM | Phone Withdrawal | ($1.00) | TFN0722 | | $46.87 |
| 7/21/2007 2:06:51 PM | Phone Withdrawal | ($1.00) | TFN0721 | | $47.87 |
| 7/20/2007 10:24:59 PM | Phone Withdrawal | ($2.00) | TFN0720 | | $48.87 |
| 7/19/2007 8:40:05 PM | Phone Withdrawal | ($1.00) | TFN0719 | | $50.87 |

1 2 3 4 5

# All Transactions 

| Inmate Reg #: | 12969026 | Current Institution: | Oxford FCI |
|---|---|---|---|
| Inmate Name: | ROSS, KENSEY | Housing Unit: | OXF-D-A |
| Report Date: | 01/09/2008 | Living Quarters: | D04-004U |
| Report Time: | 12:36:04 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/19/2007 12:16:53 PM | Western Union | $50.00 | 33320907 | | $51.87 |
| 7/19/2007 11:04:11 AM | Phone Withdrawal | ($1.00) | TFN0719 | | $1.87 |
| 7/18/2007 6:11:44 AM | Phone Withdrawal | ($1.00) | TFN0718 | | $2.87 |
| 7/17/2007 4:23:06 PM | Phone Withdrawal | ($1.00) | TFN0717 | | $3.87 |
| 7/17/2007 8:17:10 AM | Phone Withdrawal | ($1.00) | TFN0717 | | $4.87 |
| 7/16/2007 4:22:08 PM | Phone Withdrawal | ($1.00) | TFN0716 | | $5.87 |
| 7/14/2007 4:29:05 PM | Phone Withdrawal | ($1.00) | TFN0714 | | $6.87 |
| 7/14/2007 7:21:14 AM | Phone Withdrawal | ($1.00) | TFN0714 | | $7.87 |
| 7/13/2007 7:56:17 AM | Phone Withdrawal | ($2.00) | TFN0713 | | $8.87 |
| 7/12/2007 6:29:02 AM | Phone Withdrawal | ($2.00) | TFN0712 | | $10.87 |
| 7/11/2007 4:22:49 PM | Phone Withdrawal | ($1.00) | TFN0711 | | $12.87 |
| 7/11/2007 8:59:23 AM | Phone Withdrawal | ($2.00) | TFN0711 | | $13.87 |
| 7/7/2007 9:55:22 AM | Phone Withdrawal | ($5.00) | TFN0707 | | $15.87 |
| 7/7/2007 6:47:18 AM | Phone Withdrawal | ($1.00) | TFN0707 | | $20.87 |
| 7/3/2007 12:43:15 PM | Phone Withdrawal | ($2.00) | TFN0703 | | $21.87 |
| 7/2/2007 5:29:00 PM | Sales | ($65.21) | 146 | | $23.87 |
| 7/2/2007 11:23:51 AM | Sales | ($5.90) | 44 | | $89.08 |
| 7/1/2007 2:46:47 PM | Phone Withdrawal | ($2.00) | TFN0701 | | $94.98 |
| 7/1/2007 2:00:13 PM | Phone Withdrawal | ($2.00) | TFN0701 | | $96.98 |
| 6/27/2007 9:48:02 AM | Phone Withdrawal | ($1.00) | TFN0627 | | $98.98 |
| 6/23/2007 11:09:27 AM | Phone Withdrawal | ($1.00) | TFN0623 | | $99.98 |
| 6/22/2007 11:01:46 AM | Phone Withdrawal | ($5.00) | TFN0622 | | $100.98 |
| 6/22/2007 8:01:31 AM | Phone Withdrawal | ($2.00) | TFN0622 | | $105.98 |
| 6/21/2007 12:03:59 PM | Phone Withdrawal | ($2.00) | TFN0621 | | $107.98 |
| 6/21/2007 11:04:39 AM | Western Union | $100.00 | 33318907 | | $109.98 |
| 6/21/2007 8:40:10 AM | Phone Withdrawal | ($1.00) | TFN0621 | | $9.98 |
| 6/20/2007 11:46:16 AM | Phone Withdrawal | ($1.00) | TFN0620 | | $10.98 |
| 6/19/2007 6:09:13 PM | Phone Withdrawal | ($1.00) | TFN0619 | | $11.98 |
| 6/19/2007 5:32:01 PM | Sales | ($35.20) | 54 | | $12.98 |
| 6/19/2007 11:41:50 AM | Sales | ($3.35) | 67 | | $48.18 |
| 6/18/2007 9:16:42 PM | Phone Withdrawal | ($2.00) | TFN0618 | | $51.53 |
| 6/17/2007 4:19:30 PM | Phone Withdrawal | ($2.00) | TFN0617 | | $53.53 |
| 6/16/2007 6:06:45 PM | Western Union | $50.00 | 33318507 | | $55.53 |
| 6/16/2007 10:32:17 AM | Phone Withdrawal | ($2.00) | TFN0616 | | $5.53 |
| 6/15/2007 9:14:26 AM | Phone Withdrawal | ($3.00) | TFN0615 | | $7.53 |
| 6/15/2007 8:17:09 AM | Phone Withdrawal | ($1.00) | TFN0615 | | $10.53 |
| 6/14/2007 1:57:47 PM | Phone Withdrawal | ($2.00) | TFN0614 | | $11.53 |
| 6/14/2007 8:33:48 AM | Phone Withdrawal | ($1.00) | TFN0614 | | $13.53 |
| 6/13/2007 1:58:50 PM | Phone Withdrawal | ($3.00) | TFN0613 | | $14.53 |
| 6/13/2007 9:10:30 AM | Phone Withdrawal | ($1.00) | TFN0613 | | $17.53 |
| 6/12/2007 3:38:43 PM | Phone Withdrawal | ($2.00) | TFN0612 | | $18.53 |
| 6/12/2007 10:36:22 AM | Phone Withdrawal | ($1.00) | TFN0612 | | $20.53 |
| 6/11/2007 12:00:55 PM | Phone Withdrawal | ($1.00) | TFN0611 | | $21.53 |
| 6/11/2007 11:33:59 AM | Sales | ($78.00) | 75 | | $22.53 |
| 6/11/2007 6:04:45 AM | Western Union | $80.00 | 33318107 | | $100.53 |
| 6/10/2007 7:07:06 PM | Phone Withdrawal | ($1.00) | TFN0610 | | $20.53 |
| 6/9/2007 10:20:56 PM | Phone Withdrawal | ($2.00) | TFN0609 | | $21.53 |
| 6/8/2007 3:12:37 PM | Phone Withdrawal | ($2.00) | TFN0608 | | $23.53 |
| 6/7/2007 9:20:58 PM | Phone Withdrawal | ($2.00) | TFN0607 | | $25.53 |
| 6/7/2007 8:25:34 PM | Phone Withdrawal | ($2.00) | TFN0607 | | $27.53 |

1 2 3 4 5